IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOMIS, ) | No. C 09-00930 JW (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY S. MURRY, et al., ) | |
| ) | |
| Defendants. ) | |

On March 4, 2009, plaintiff filed the instant civil rights complaint in pro se. Plaintiff did not pay the filing fee or file an In Forma Pauperis Application, so on the same day the clerk of the Court sent plaintiff a notice directing him to file a complete application or pay the filing fee within thirty days of the notice. On April 3, 2009, the notice mailed to plaintiff was returned by mail to the clerk of the Court as undeliverable because the address was unknown. (See Docket No. 3.) As of the date of this order, plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Gomis00930_dism3-11.wpd 1

1  se party by the Court has been returned to the Court as not deliverable, and (2) the Court
2  fails to receive within sixty days of this return a written communication from the pro se
3  party indicating a current address.  See L.R. 3-11(b).
4  　　　　More than sixty days have passed since the clerk's notice addressed to plaintiff
5  was returned as undeliverable.  The Court has not received a notice from plaintiff of a
6  new address.  Accordingly, the instant civil rights action is DISMISSED without
7  prejudice pursuant to Rule 3-11 of the Northern District Local Rules.
8  　　　　The clerk shall terminate any pending motions.
9
10  DATED: _____July 13, 2009_____          _____James Ware_____
11  　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Gomis00930_dism3-11.wpd           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOMIS,

        Plaintiff,

  v.

ANTHONY S. MURRY, et al.,

        Defendants.
                      /

Case Number: CV09-00930 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/14/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 4046054-6W209
651 I Street
Sacramento, CA 95814

Dated:  7/14/2009

                Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk